UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:   CHAPTER 13

Paul Vincent Gooden   CASE NUMBER 17-80360
Rose Marie Gooden,

DEBTORS

## STIPULATION RESOLVING MOTION FOR RELIEF

**CONSIDERING THE MOTION** of by BSI Financial Services as servicer for McCormick 105, LLC ("Mover"), for Relief from Automatic Stay, the parties have agreed and compromised the matter as follows, accordingly, and do hereby enter into the following stipulation;

The parties do hereby agree that the arrearage of $2,500.95 which includes the post-petition payments for May 4, 2019 through July 4, 2019 in the amount of $607.85 each, and Mover's attorney fees and costs in the amount of $681.00, less Debtor suspense of $3.60, shall be paid through the Debtors' Chapter 13 Plan of Reorganization as amended within 15 days of the entry of this Order.

The Trustee shall begin making the regular monthly payments with the August 2019 payment.

In the event any future payment(s) are not made on the date due, or if the regular post-petition installment shall not be paid within 30 days of its due date, Mover shall notify Debtors and Debtors' counsel of Mover's intent to file an Affidavit of Default and proposed Order Granting Relief from Stay. The Notice will give 14 days from the date of the notice to cure the default.

If the default is not cured within 14 days from the date of the notice of default, then Mover will present to the Court an Affidavit of Non-Payment and without the necessity of a hearing or notice to any party, this Court may render an Order authorizing Mover to proceed to judicially enforce its security interest in the below described property;

A 5.0 acre tract of land in the Southeast 1/4 of Section 32, T9N-R8W, Natchitoches Parish, Louisiana, and being more particularly described as follows:

Commencing at the Southeast corner of Section 32, T9N-R8W, Natchitoches Parish, Louisiana; run North 00°20'43" West a distance of 606.12 feet; thence run North 00°22'00" East a distance of 119.99 feet to a point on the North right-of-way of LA Hwy. No. 6; thence run North 87°22'42" West along said right-of-way a distance of 130.21 feet; thence run North 87°38'24" West along said right-of-way a distance of 162.55 feet to the POINT OF BEGINNING; thence run North 86°26'16" West along said right-of-way a distance of 34.70 feet; thence run North 89°03'28" West along said right-of-way a distance of 67.45 feet; thence run North 89°13'10" West along said right-of-way a distance of 78.72 feet; thence run North 00°47'37" East a distance of 1207.79 feet; thence run South 88°44'40" East a distance of 180.33 feet; thence run South 00°46'11" West a distance of 1207.80 feet to the POINT OF BEGINNING and containing 5.00 acres more or less.

Which has the address of 6512 Highway 6, Natchitoches, LA

It is further stipulated and agreed that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Title 11 of the United States Code.

AGREED:

| | |
|---|---|
| */s/Remy F. Symons* | */s/C. Rodney Harrington* |
| Remy F. Symons, LBR #34553 | C. Rodney Harrington, LBR#06597 |
| 3510 N. Causeway Blvd., Suite 600 | POB 1278 |
| Metairie, LA 70002 | Natchitoches, LA 71458-1278 |
| Telephone No. (504) 831-7726 | Telephone No. (318) 352-5900 |
| Attorney for Mover | Attorney for Debtors |