**SO ORDERED.**

**SIGNED January 10, 2023.**



_____
**STEPHEN D. WHEELIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**IN RE:   PAUL VINCENT GOODEN**                                   **CASE NO. 17-80360**
**            ROSE MARIE GOODEN**

**DEBTOR(S)**                                                                **CHAPTER 13**

### AGREED ORDER

Upon consideration of the Trustee's Notice of Final Cure Payment & Motion to Declare Home Mortgage Current and/or To Relieve Trustee from Disbursing Home Mortgage Payments Pursuant to F.R.B.P. 3002.1(f) and (h) and Notice of Hearing and it appearing proper in the premises, justified and warranted:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

1.   The debtors' home mortgage payments to <u>BSI FINANCIAL SERVICES (later transferred to U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust)</u> are current through May 2022 and the Trustee is relieved of any further obligation under the plan to make payments to the said creditor after the disbursement of June 1, 2022.

2.   The debtors' mortgage payments to <u>BSI FINANCIAL SERVICES (later transferred to U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust)</u> have been made pursuant to the confirmed plan, and the Trustee is relieved of any further obligation under the plan to make payments to the said creditor after the disbursement on June 1, 2022.

3.   That the Notice of Final Cure Payment & Motion to Declare Home Mortgage Current

and/or To Relieve Trustee from Disbursing Home Mortgage Payments Pursuant to F.R.B.P. 3002.1(f) and (h) and Notice of Hearing was served by the Trustee upon to <u>BSI FINANCIAL SERVICES (later transferred to U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust)</u> pursuant to Federal Rules of Bankruptcy Procedures Rule 3002.1 and that any and all defaults, if any, have been cured and all pre-petition and post-petition arrearages and/or sums otherwise due pursuant to the plan have been paid; and accordingly, no further amounts are owed said creditor for any payment, fee or assessment due through the said date by the Trustee. to <u>BSI FINANCIAL SERVICES (later transferred to U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust)</u> retains and reserves all rights against Debtor pursuant to the underlying note and mortgage pertaining to post-petition fees of $275.00 as reflected in the Notice of Postpetition Mortgage Fees, Expenses, and Charges (Doc. 27) which were not provided for in the confirmed plan.

###

SUBMITTED BY:
/s/ Brandi M. Jolley
Jon C. Thornburg, Trustee
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Post Office Box 11877
Alexandria, LA 71315
(318) 448-1306


Approved by:

/s/ Aaron Wiseman
Aaron Wiseman, (Bar Roll # 39390)
Creditor Attorney
Jackson & McPherson, LLC
935 Gravier Street, Suite 1400
New Orleans, LA 70112
(504) 581-9444